IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE OWENS, | 1:07-cv-01555-LJO-GSA (PC) |
| Plaintiff, | ORDER CONSTRUING MOTION AS MOTION FOR EXTENSION OF TIME |
| vs. | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE |
| FRESNO COUNTY JAIL, et al., | |
| Defendants. | (DOCUMENT #9) |
| | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 23, 2008, plaintiff filed a motion entitled Motion to the Court. It appears in said motion that the plaintiff requires an extension of time to submit his in forma pauperis application or pay the filing fee pursuant to the court's order of November 1, 2007. Therefore, the court shall construe plaintiff's motion as a motion for extension of time. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff's motion filed on January 23, 2008, is construed as a motion for extension of time; and
2. Plaintiff is granted thirty (30) days from the date of service of this order in which to file his application to proceed in forma pauperis or pay the filing fee, pursuant to the court's order of November 1, 2007.

IT IS SO ORDERED.

Dated:   **January 30, 2008**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE